UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20088-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ANTHONY MILLER,
        Defendant.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING MOTION TO SUPPRESS

THIS MATTER comes before the Court upon Defendant's Motion to Suppress (DE # 15). On March 28, 2008, the motion was referred to Magistrate Barry L. Garber for a Report and Recommendation. Magistrate Judge Garber held a hearing on the motion on April 10, 2008. The Court has carefully reviewed the Motion, the Report and Recommendation (DE #29), the transcript of the hearing, and all other pertinent documents in the record of this case. After a full and diligent review, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber is hereby **ADOPTED in its entirety**. It is further

**ORDERED AND ADJUDGED** that the Defendant Motion to Suppress is hereby **DENIED**. It is further

**ORDERED AND ADJUDGED** that the Defendant's request for a de novo is hereby **DENIED**.

**DONE AND ORDERED**, in West Palm Beach, Florida, this ___1st___ day of May, 2008.

                DONALD M. MIDDLEBROOKS
                UNITED STATES DISTRICT JUDGE

c:    Hon. Barry L. Garber
      Counsel of Record