WCH:or

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-20088-CR-MIDDLEBROOKS / BROWN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTHONY MILLER,

Defendant.

_____/

## FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture pursuant to Title 21, United States Code, Section 853(n), upon a review of the docket in this matter and for a good cause shown thereby, the Court hereby finds that:

1.    On July 28, 2008, this Court entered a Preliminary Order of Forfeiture [DE #40], condemning and forfeiting the interest of defendant Anthony Miller, (herein after referred to as "defendant") in the following property to the United States of America:

(a) one Taurus .357 caliber revolver; and
(b) six rounds of Cascade Cartridge Inc., ammunition.

2.    On August 15, 2008, a Notice of the order forfeiting the property identified in the Preliminary Order was published in the Miami Daily Business Review, a newspaper of general circulation.   In addition the Criminal Forfeiture was posted in the official government site, www.forfeiture.com, for at least thirty days beginning on August 5, 2008.  The published notice stated the intent of the United States to forfeit all right, title and interest in and to dispose of the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their

right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged

legal interest in the property; and set forth the requirement that anyone seeking to claim an interest

in the property to be forfeited must file a petition in conformance with Title 21, United States Code,

Section 853(n)(3), within thirty days after the earlier of the final date of publication of the notice or

the receipt of actual notice.

3.   The Proof of Publication of Notice Forfeiture was filed with the Clerk of this Court on

September 15, 2008.

4.   All persons known to the United States to have a legal interest in the property ordered

forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

5.   No third party has filed a timely petition for an ancillary hearing and the Court is not

aware of any party having any interest in the property ordered forfeited by the Preliminary Order

of Forfeiture identified herein above.

Accordingly, pursuant to Title 21, United States Code, Section 853(n) and for good cause

shown it is hereby:

ORDERED that all right, title and interest of Anthony Miller in:

(a) one Taurus .357 caliber revolver; and
(b) six rounds of Cascade Cartridge Inc., ammunition, is hereby forfeited to and clear title

vested in the United States of America.

2

It is further

ORDERED that The Bureau of Alcohol, Tobacco, Firearms and Explosives  or  any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

DONE AND ORDERED this __14__ day of ____Oct____ 2008,  in Chambers, at Miami, Florida.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Counsel of Record

3